*Louis G. Bernstein, Charles E. Scribner* and *Frank R. Bruce* for appellant.

*Stephen P. Duggan, Jr.,* and *Irving Parker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

M. DAVID KNOWER, Appellant, *v.* FRANK M. ATKINS, Respondent.

Submitted October 22, 1948; decided November 24, 1948.

*A. Aaron Raphael* for appellant.
*S. S. Goldsmith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.